IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CAROLOS E CASAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:15-cv-872-O |
| § | |
| CITY OF FORT WORTH POLICE § | |
| DEPARTMENT § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 65), filed May 17, 2017. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 65) are correct and they are **ADOPTED** as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the following motions to dismiss (which were converted to motions for summary judgment) be **GRANTED** and all claims against Defendants Serrano, Humphries, and Branch be **DISMISSED:** (1) Defendant Serrano's Motion to Strike Proof of Service and to Dismiss for Failure to State a Claim (ECF No. 24), filed March 1, 2017; (2) Defendant Branch's Motion to Quash and Motion to Dismiss (ECF No. 29), filed March 3, 2017; (3) Defendant Branch's Motion to Dismiss Second Amended Complaint (ECF No. 46), filed April 3, 2017; (4) Defendant Serrano's Motion to Dismiss for Failure to State a Claim (ECF No. 49),

filed April 5, 2017; and (5) Defendant Humphries Motion to Dismiss (ECF No. 59), filed April 28, 2017.

It is further **ORDERED** the following motions be **DENIED**: (1) Plaintiff's Amended Motion to Extend Time to Serve Brian C. Humphries (ECF No. 27), filed March 3, 2017 and (2) Plaintiff's Motion for Leave to Re-Serve Officer P. Branch (ECF No. 28), filed March 3, 2017.

All individual Defendants' motions are **GRANTED**, all claims against the individual Defendants (Serrano, Humphries, and Branch) are **DISMISSED without prejudice**, and Plaintiff's motions are **DENIED.**

**SO ORDERED** on this **23rd day** of **August, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE